UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVA MOORE; BROOKE SHAW; CHERRELLE DAVIS; and NINA DAVIS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JOHN URQUHART,[1] in his official capacity as KING COUNTY SHERIFF,

Defendant.

C16-1123 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued its mandate on October 18, 2018, the parties are hereby DIRECTED to file a Joint Status Report, on or before **December 7, 2018**, addressing: (i) whether the claims of plaintiffs Cherrelle Davis and Nina Davis should be dismissed, either with or without prejudice, for lack of standing; (ii) whether class-related discovery is needed before the parties engage in motion practice concerning class certification; (iii) what deadlines do the parties propose for the filing of any motion for class certification, completing discovery, and the filing of any dispositive motions; and (iv) when do the parties anticipate being ready for a bench trial in this matter and how long do they estimate that such trial will last.

---

[1] On January 2, 2018, Mitzi Johanknecht took office as King County Sheriff, having defeated John Urquhart in an election held in November 2017. The Court hereby ORDERS that Mitzi Johanknecht shall be substituted for John Urquhart as the named defendant in this case. *See* Fed. R. Civ. P. 25(d).

MINUTE ORDER - 1

(2) By Order entered November 18, 2016, docket no. 43, the Attorney General for the State of Washington was provided notice that plaintiffs in this matter challenge the constitutionality of a state statute, namely RCW 59.18.375. The deadline for the State of Washington to intervene in this matter is hereby RESET to **November 16, 2018**.

(3) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to the Office of the Attorney General, for the State of Washington at 1125 Washington St. SE, PO Box 40100, Olympia, WA 98504-0100. The Clerk shall also send copies of this Minute Order and the Order entered November 18, 2016, docket no. 43, via facsimile to the Solicitor General's Office.

Dated this 19th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2