# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EVA MOORE; BROOKE SHAW; CHERRELLE DAVIS; and NINA DAVIS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MITZI JOHANKNECHT, in her official capacity as KING COUNTY SHERIFF,

Defendant.

C16-1123 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 62, and in light of the deadline for the State of Washington to intervene in this matter having expired, *see* Minute Order at ¶ 2 (docket no. 54), the Court SETS the following briefing schedule. Any response to plaintiffs' motion for class certification shall be filed by December 14, 2018, and any reply in support of the motion shall be filed by December 20, 2018. Plaintiffs' motion for class certification, docket no. 55, is RENOTED to December 21, 2018.

(2) The parties are REMINDED of their obligation to file a Joint Status Report by December 7, 2018, addressing the issues set forth in the Minute Order entered October 19, 2018, docket no. 54.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of November, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk