UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVA MOORE and BROOKE SHAW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MITZI JOHANKNECHT, in her official capacity as KING COUNTY SHERIFF,<br><br>Defendant. | C16-1123 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 64, the Court ORDERS as follows:

    (a) The claims of plaintiffs Cherrelle Davis and Nina Davis are DISMISSED without prejudice for lack of standing;

    (b) Plaintiffs' motion for class certification, docket no. 55, is STRICKEN without prejudice to refiling, if appropriate, at a later date;

    (c) On or before January 31, 2019, the parties shall file a Joint Status Report indicating whether defendant has filed a petition for writ of certiorari to the United States Supreme Court and, if so, whether this matter should be stayed pending a decision on such petition.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2018.

                                              William M. McCool  
                                              Clerk

                                              s/Karen Dews  
                                              Deputy Clerk