UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVA MOORE and BROOKE SHAW,
individually and on behalf of all others
similarly situated,

                    Plaintiffs,

        v.

MITZI JOHANKNECHT, in her official
capacity as KING COUNTY SHERIFF,

                    Defendant.

C16-1123 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     In the Minute Order entered December 18, 2018, docket no. 65, the Court did not stay this case, but instead directed the parties to file a Joint Status Report on or before January 31, 2019, indicating whether defendant has sought a writ of certiorari from the United States Supreme Court and, if so, whether this matter should be stayed pending a decision on any such petition. When the Minute Order was entered, the docket text erroneously summarized it as staying this action. The Clerk is DIRECTED to correct the docket entry, remove the "stay" flag, and return this case to the active docket.

(2)     Plaintiffs' related motion for reconsideration, docket no. 66, is STRICKEN as moot.

(3)     The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1