UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVA MOORE and BROOKE SHAW, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>MITZI JOHANKNECHT, in her official capacity as KING COUNTY SHERIFF,<br><br>                 Defendant. | C16-1123 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for summary judgment, docket no. 70, and this case are STAYED pending further order of the Court. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the United States Supreme Court rules on defendant's petition for writ of certiorari, or by December 30, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2019.

                                                  William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1