# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EVA MOORE and BROOKE SHAW, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MITZI JOHANKNECHT, in her official capacity as KING COUNTY SHERIFF,

Defendant.

C16-1123 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered April 9, 2019, docket no. 77, the Court stayed this matter pending the United States Supreme Court's ruling on defendant's then-pending petition for writ of certiorari. On May 20, 2019, the parties advised that defendant's petition had been denied. *See* Joint Status Report (docket no. 78). Earlier in May 2019, however, the Washington State Legislature enacted sweeping changes to the Residential Landlord-Tenant Act ("RLTA"), which become effective on July 28, 2019. The Washington State Legislature also considered a bill that would repeal RCW 59.18.375, the provision of the RLTA that plaintiffs challenge in this matter. *See* 2019 Wash. House Bill No. 1453. The parties are DIRECTED to file a Joint Status Report within twenty-eight (28) days of the date of this Minute Order addressing: (i) whether the amendments to the RLTA that take effect on July 28, 2019, render moot any of the issues raised by plaintiffs in this case; and (ii) the status of 2019 Wash. House Bill No. 1453. In the meanwhile, this case remains stayed.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 2