THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVA MOORE and BROOKE SHAW, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>MITZI JOHANKNECHT, in her official capacity as<br>KING COUNTY SHERIFF,<br><br>                Defendant. | NO. 2:16-cv-01123-TSZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Eva Moore and Brooke Shaw and Defendant Mitzi Johanknecht, in her official capacity as King County Sheriff, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), to the dismissal of the above-entitled action with prejudice and without court-awarded fees or costs to any party.

//

//

//

//

//

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:16-CV-01123-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
RESPECTFULLY SUBMITTED AND DATED this 19th day of February, 2021.

2

3
TERRELL MARSHALL LAW
  GROUP PLLC

KING COUNTY PROSECUTING
  ATTORNEY'S OFFICE

4

5
By:   /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email:  tmarshall@terrellmarshall.com

By: /s/David J. Hackett, WSBA #21236
    David J. Hackett, WSBA #21236
    E-Mail: david.hackett@kingcounty.gov

6
    Elizabeth A. Adams, WSBA #49175
    Email:  eadams@terrellmarshall.com

    Mari K. Isaacson, WSBA #42945
    E-Mail: mari.isaacson@kingcounty.gov

7

8
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603

    500 4th Avenue, Suite 900
    Seattle, Washington 98104
    Telephone: (206) 205-0580

9

10
    Rory O'Sullivan, WSBA #38487
    Email: roryo@uw.edu

*Attorneys for Defendants*

11
    UNIVERSITY OF WASHINGTON
    Student Legal Services

12
    PO Box 352236
    Seattle, Washington 98195

13
    Telephone: (206) 543-6486
    Facsimile: (206) 543-3808

14

15
*Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:16-CV-01123-TSZ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com